UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

BLOOMBERG L.P.,

            Plaintiff,

    - against -

THE UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, and THE
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

            Defendants.

------------------------------------------------------------------- x

Case No.  25-cv-7319

**COMPLAINT**

1. Plaintiff Bloomberg L.P. ("Bloomberg") files this Freedom of Information Act ("FOIA") lawsuit under 5 U.S.C. § 552 after its reporter Rachel Adams-Heard submitted three requests to Defendants U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") and one request to the Department of Health and Human Services ("Defendant" or "HHS"), including its division for Administration for Children and Families ("ACF").

2. The FOIA Requests to ICE sought (1) all documents submitted in response to a Request for Proposal titled "Emergency Detention and Related Services Strategic Sourcing Vehicle" ("ICE Request 1"); (2) all death records for named individuals in ICE custody ("ICE Request 2"); and (3) all documents related to water contamination at the Torrance County Detention Facility, including communications to or from Mary De Anda-Ybarra between April 20, 2025 and present ("ICE Request 3").

3. The FOIA Request to HHS's ACF sought all documents in response to an RFI for services to unaccompanied migrant children ("HHS Request 1").

4. To date, Bloomberg has received no records in response to any of those FOIA Requests. In each instance, Bloomberg has exhausted its administrative remedies, or is deemed to have done so per 5 U.S.C. § 552(a)(6)(C)(i).

**PARTIES**

5. Plaintiff Bloomberg L.P. ("Plaintiff" or "Bloomberg") is a Delaware corporation with its principal place of business in New York, NY.

6. Defendant U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") is a federal agency subject to FOIA. ICE is also the principal investigative arm under the U.S. Department of Homeland Security (DHS). According to its website, ICE was created in 2003 through a merger of the investigative and interior enforcement elements of the former U.S. Customs Service and the Immigration and Naturalization Service. *See* U.S. IMMIGR. & CUSTOMS ENF'T, https://www.ice.gov/about-ice (last visited Sept. 3, 2025). ICE now has more than 20,000 law enforcement and support personnel in more than 400 offices in the United States and around the world. *Id.* ICE has three operational directorates—Homeland Security Investigations (HSI), Enforcement and Removal Operations (ERO), and Office of the Principal Legal Advisor (OPLA). *Id.* ERO is among the most public and contentious functions of ICE, and maintains custodial facilities used to detain people who are suspected to be illegally present in the United States and pose a reasonable threat to public safety.

7. Defendant Department of Health and Human Services ("Defendant" or "HHS") is a federal agency subject to FOIA. Administration for Children and Families ("ACF"), a division within HHS, promotes the economic and social well-being of families, children, individuals and communities through a range of educational and supportive programs in partnership with states, tribes, and community organizations. *See ACF History*, ADMIN. OF CHILD. & FAMS. (Jan. 21, 2025), https://acf.gov/about/history. ACF also advises Secretary of Health and Human Services

on issues pertaining to children, youth, and families. *Id.* These issues include child support enforcement, child welfare, child care, family assistance, Native American assistance, refugee resettlement, and more. *Id.*

## JURISDICTION AND VENUE

8. This case is brought under 5 U.S.C. § 552 and presents a federal question conferring jurisdiction on this Court.

9. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

*Constructive Denial of Bloomberg's ICE Request 1*

10. On April 8, 2025, Bloomberg requested via the ICE FOIA portal "[a]ll documents submitted in response to a Request for Proposals ("RFP") titled 'Emergency Detention and Related Services Strategic Sourcing Vehicle,' with Notice ID70CDCR25R00000005, originally issued by the Department of Homeland Security Immigration and Customs Enforcement Detention Compliance and Removals Office on April 1, 2025, seeking 'additional allotment of detention beds' nationwide." *See* Exhibit 1.

11. A true and correct copy of Bloomberg's FOIA Request is annexed hereto as Exhibit 1.

12. On April 11, 2025, ICE acknowledged receipt of the Request, assigned it FOIA number ICE FOIA Case Number 2025-ICFO-30537, and told Bloomberg, without further explanation, that "[t]hese documents are on the US Immigration and Customs Enforcement webpage at https://sam.gov/opp/ab64d223afd24bc7b186e07367411850/view#classification." *See* Exhibit 2. The response also added that if Bloomberg "deem[ed] this to be an adverse determination, [that it] may exercise [its] appeal rights." *Id.*

13. A true and correct copy of ICE's response email is annexed hereto as Exhibit 2.

14. On April 17, 2025, Bloomberg sent an email response explaining that the documents available at the referenced webpage did not contain the records sought. *See* Exhibit 3. Bloomberg clarified that the documents at the referenced link were documents "provided by the government that support the RFP," while the FOIA request was "for documents submitted [in response to] the RFP." *Id*.

15. A true and correct copy of Bloomberg's response email is annexed hereto as Exhibit 3.

16. On April 24, 2025, Bloomberg appealed the response to its FOIA Request, explaining that the response was deficient for a number of reasons, including that (1) ICE's response was an unreasonable reading of the Request contravening its plain meaning; (2) ICE failed to carry its statutory burden of justifying its decision to withhold responsive records by citing to applicable exemptions; (3) analogous records had recently been produced by ICE in *American Civil Liberties Union Foundation v. U.S. Immigration and Customs Enforcement*, No. 24 Civ. 7183 (VEC) (S.D.N.Y. 2024), underscoring that there was no reasonable basis to withhold responsive records; and (4) disclosure would serve a compelling interest because the RFP indicated that ICE has set aside $45 billion for new detention services and the "growth of federal detention services, and the identities of private actors competing for contracts to carry out that growth, is a matter of significant public concern." *See* Exhibit 4. The appeal requested that ICE conduct an adequate search and promptly disclose responsive records consistent with its FOIA obligations. *Id.*

17. A true and correct copy of Bloomberg's appeal letter is annexed hereto as Exhibit 4.

4

18. On April 24, 2025, ICE acknowledged receipt of Bloomberg's appeal letter and assigned it ICE FOIA Case Number 2025-ICAP-00225. *See* Exhibit 5.

19. A true and correct copy of ICE's acknowledgement of Bloomberg's appeal is annexed hereto as Exhibit 5.

20. In a response letter dated May 21, 2025, but not received by Bloomberg until June 25, 2025, ICE responded to Bloomberg's appeal. *See* Exhibit 6. In that response, ICE acknowledged that "[w]ith respect to the adequacy of ICE's search, after a complete review of the administrative record, ICE has determined that new searches or, modifications to the existing searches, could be made. We are therefore remanding your appeal to the ICE FOIA Office for processing and re-tasking to the appropriate agency/offices to obtain any responsive documents. The ICE FOIA Office will respond directly to you." *Id.*

21. A true and correct copy of ICE's response letter to Bloomberg's appeal is annexed hereto as Exhibit 5.

22. As of the date of this Complaint, Bloomberg has not received any further response from ICE, nor has it received any documents responsive to ICE Request 1.

***Constructive Denial of ICE Request 2***

23. According to ICE's website, "[o]ne of the agency's highest priorities is detained alien health care." Consequently, ICE's "national detention standards require facilities to provide comprehensive medical, dental and mental health care from the moment aliens arrive at a facility and throughout their time in ICE custody." *Detainee Death Reporting*, U.S. IMMIGR. & CUSTOMS ENF'T, https://www.ice.gov/detain/detainee-death-reporting (last visited Sept. 3, 2025). In addition, "in 2021, ICE issued a policy — *Notification, Review, and Reporting Requirements for Detainee Deaths* — that governs the initial notification, review and ongoing reporting about the

death of an individual in ICE custody. In accordance with the policy, ICE notifies the relevant parties and reports the death of any detained alien in a timely, accurate and appropriate manner. ICE notifies the next of kin, appropriate consulate, relevant DHS and ICE stakeholders, U.S. Congress and the public about each detained alien death." *Id.* Moreover, according to ICE's website, Congressional requirements in the DHS Appropriations Bill (2018) obligate ICE to make public all reports regarding in-custody deaths within 90 days. *Id.*

24. Records concerning ICE's provision of health services and detainee deaths is critical to the public's understanding of how ICE operates. A report published jointly by the ACLU and other immigrant rights groups analyzed records obtained through FOIA requests for death records in immigration detention between December 2015 and April 2017 and found that "substandard medical care contributed or led to" a majority of the deaths reported during that time.[1] The report further found that certain "healthcare and oversight failures . . . point to larger, systemic deficits in immigration detention facility health care" that, in the authors' view, should be addressed by Congress, ICE, and state and local governments. *Id.*

25. On March 10, 2025, Bloomberg requested via the ICE portal "All records, which includes but is not limited to emails, after action reports, reports of investigations, external investigations, search, arrest and seizure records, alien health records, records memorializing repatriation, relating or referring to the following deceased individuals who died while in custody of ICE, identified [in the FOIA Request] and on the ICE website," and provided the names of 50 individuals. *See* Exhibit 7.

---

[1] Human Rights Watch et al., *Code Red: The Fatal Consequences of Dangerously Substandard Medical Care in Immigration Detention* (June 20, 2018), available at https://www.hrw.org/report/2018/06/20/code-red/fatal-consequences-dangerously-substandard-medical-care-immigration.

26. A true and correct copy of Bloomberg's FOIA Request is annexed hereto as Exhibit 7.

27. Similar records have previously been released by ICE, following the initiation of a FOIA lawsuit. In June 2019, BuzzFeed News filed a Freedom of Information Act request seeking the release of emails, investigative reports, medical records, and other documents related to 25 deaths in custody that ICE had publicly disclosed since President Donald Trump took office. Kendall Taggart et al., *More Than 40 Immigrants Have Died In ICE Custody In The Past Four Years. Here Are Thousands Of Records About What Happened* (Oct. 29, 2020), https://www.buzzfeednews.com/article/kendalltaggart/here-are-thousands-of-documents-about-immigrants-who-died. When the agency did not promptly provide records, BuzzFeed News filed a lawsuit against the Department of Homeland Security, ICE's parent agency. And as of the date of Buzzfeed's article, DHS had produced more than 5,000 pages of documents related to deaths in ICE custody. *Id.*

28. On April 3, 2025, ICE acknowledged receipt of the FOIA Request and assigned it ICE FOIA Case Number 2025-ICFO-24266. *See* Exhibit 8. The acknowledgment warned that the ICE FOIA office "may encounter some delay in processing your request" and invoked a 10-day extension from the usual 20 business day statutory deadline for the FOIA Request set forth in 5 U.S.C. § 552(a)(6)(B). *Id.* Upon review of the FOIA request, the FOIA office agreed to grant Bloomberg's request for a fee waiver.

29. A true and correct copy of ICE's acknowledgment is annexed hereto as 8.

30. More than 153 days have elapsed since the date of that acknowledgment. As of the date of this Complaint, Bloomberg has not received any substantive determination from ICE nor has it received any documents responsive to the FOIA Request

7

### *Constructive Denial of ICE Request 3*

31.     The Torrance County Detention Facility in Estancia, New Mexico is a private prison operated by CoreCivic that operates as an immigration detention center for ICE. It has been reported in the news that the facility has had ongoing sewage flooding issues and Mary De Anda Ybarra is the ICE Field Office Director on site.[2]

32.     On May 12, 2025, Bloomberg requested via the ICE portal: (1) Photos, videos and other media taken of toilets, drains and contaminated surfaces at the Torrance County Detention Facility between April 20, 2025 and present; and (2) Emails with attachments, memos, text messages and reports sent to or from Mary De Anda-Ybarra concerning water supply to the Torrance County Detention Facility beginning April 20, 2025 through present. *See* Exhibit 9.

33.     A true and correct copy of Bloomberg's FOIA Request is annexed hereto as Exhibit 9.

34.     On May 14, 2025, ICE's FOIA office acknowledged receipt of the FOIA Request, and assigned it ICE FOIA Case Number 2025-ICFO-36600. *See* Exhibit 10. The acknowledgment warned that the ICE FOIA office "may encounter some delay in processing your request" and invoked a 10-day extension from the usual 20 business day statutory deadline for the FOIA Request set forth in 5 U.S.C. § 552(a)(6)(B). *Id.* The acknowledgement noted that Bloomberg's Request included a request for fee waiver. *Id.* The response explained that the fee waiver would be adjudicated only if the agency is allowed to assess fees under FOIA pursuant to 6 C.F.R. § 5.11(c)(d), and if not, Bloomberg's request for fee waiver would be moot.

35.     A true and correct copy of ICE's acknowledgment is annexed hereto as Exhibit 10.

---

[2] *See e.g.*, *Torrance County Detention Facility Timeline*, Innovation L. Lab, https://innovationlawlab.org/torrance-county-detention-facility-timeline/ (last visited Sept. 3, 2025); Austin Fisher, *Sewage flooding cells inside Torrance County ICE prison again, advocates say*, Source NM (May 2, 2025), https://sourcenm.com/2025/05/02/sewage-flooding-cells-inside-torrance-county-ice-prison-again-advocates-say/.

36. More than 112 days have elapsed since the date of that acknowledgment. As of the date of this Complaint, Bloomberg has not received any additional response from ICE nor has it received any documents responsive to the FOIA Request.

*Constructive Denial of HHS Request 1*

37. On March 27, 2025, Bloomberg requested via the Department of Health and Human Services portal: "All documents submitted in response to a Request for Information ("RFI") titled 'Secure Care Placement of Unaccompanied Alien Children,' with Notice ID 'ACF-RFI-SCP-2025,' originally issued by the Department of Health and Human Services Office of Refugee Resettlement Unaccompanied Alien Children Bureau on March 20, 2025, to assess 'the availability of potential vendors who can provide Secure Care Placement services for Unaccompanied Alien Children (UAC) in Office of Refugee Resettlement (ORR)-custody.'" *See* Exhibit 11. The date range for the record search was March 18, 2025 to March 27, 2025. *Id.*

38. A true and correct copy of Bloomberg's FOIA Request is annexed hereto as Exhibit 11.

39. The same day, on March 27, 2025, HHS acknowledged the FOIA Request and assigned it HHS Case No. 2025-00073-FOPA-OS. *See* Exhibit 12.

40. A true and correct copy of HHS's acknowledgment is annexed hereto as 12.

41. On April 17, 2025, Bloomberg followed up on the FOIA Request, noting that it had been over 20 days without a response. *See* Exhibit 13.

42. A true and correct copy of Bloomberg's follow-up correspondence is annexed hereto as 13.

43. On May 23, 2025, Bloomberg appealed the constructive denial of its FOIA Request, explaining that HHS's complete withholding of records could not be legally justified and

requesting an adequate search to promptly disclose responsive records. *See* Exhibit 14. The appeal noted that similar records had recently been produced by ICE in *American Civil Liberties Union Foundation v. U.S. Immigration and Customs Enforcement*, No. 24 Civ. 7183 (VEC) (S.D.N.Y. 2024). *Id.* It also explained that disclosure of responsive records would serve a compelling public interest since "HHS's page publicizing the RFI indicates that it seeks submissions from 'potential vendors' in order to evaluate which will best 'ensure the timely availability and admission of unaccompanied minor children.'" *Id.* In addition, the RFI also noted that "[t]he selected contractors will be responsible for maintaining secure care beds and ensuring compliance with all relevant legislation and policies governing the care of UAC [unaccompanied alien children]." *Id.* And, as set forth in the appeal, the treatment of unaccompanied migrant children and the private companies chosen to carry out the government's mandates are matters of significant public concern and are routinely reported on by Bloomberg and other news organizations. *Id.*

44. A true and correct copy of Bloomberg's letter appealing the constructive denial of this FOIA Request is annexed hereto as Exhibit 14.

45. On July 3, 2025, despite the pending appeal, Bloomberg received a letter from the HHS FOIA office acknowledging its original request. *See* Exhibit 15. In that correspondence, the HHS FOIA office explained that because the records sought "require a search in another office" that "unusual circumstances" applied to the Request, thus, seeking to extend the time limit to respond to the Request for ten additional days. *Id.* The response noted that the current workload was approximately 7,000 cases though it provided no date certain by which the request would be fulfilled. *Id.*

46. A true and correct copy of HHS's acknowledgment is annexed hereto as 15.

10

47.     More than 62 days have elapsed since the date of that acknowledgment.  As of the date of this Complaint, Bloomberg has not received any additional response from HHS nor has it received any documents responsive to the FOIA Request.

### COUNT I – ICE'S VIOLATION OF FOIA – ICE REQUEST 1

48.     Bloomberg incorporates the above paragraphs as if set forth fully herein.

49.     Defendant ICE is an agency subject to FOIA.

50.     Bloomberg made the FOIA request for RFP responses to ICE for agency records.

51.     The requested records are not exempt from disclosure.

52.     The requested records have been historically released pursuant to other analogous FOIA requests, establishing a precedent for disclosure.  *See supra* ¶ 16.

53.     As of the date of this Complaint, Bloomberg has not received any response from ICE after it determined on appeal that new searches or, modifications to the existing searches, could be made.  Nor has Bloomberg received any documents responsive to this FOIA Request.

54.     ICE has failed to issue a determination within the statutory deadline.  It has failed to explain the legal basis for its withholding, has failed to describe how its search for records was reasonable, and has not cited any applicable FOIA exemptions.

### COUNT II – ICE'S VIOLATION OF FOIA – ICE REQUEST 2

55.     Bloomberg incorporates the above paragraphs as if set forth fully herein.

56.     Defendant ICE is an agency subject to FOIA.

57.     Bloomberg made the FOIA request for death records and related documentation to ICE for agency records.

58.     The requested records are not exempt from disclosure.

59. As of the date of this Complaint, Bloomberg has not received any substantive response from ICE with respect to ICE FOIA Case Number 2025-ICFO-24266. Nor has Bloomberg received any documents responsive to this FOIA Request.

60. With respect to ICE FOIA Case Number 2025-ICFO-24266, ICE has failed to issue a determination within the statutory deadline. It has failed to explain the legal basis for its withholding, has failed to describe how its search for records was reasonable, and has not cited any applicable FOIA exemptions.

**COUNT III – ICE'S VIOLATION OF FOIA – ICE REQUEST 3**

61. Bloomberg incorporates the above paragraphs as if set forth fully herein.

62. Defendant ICE is an agency subject to FOIA.

63. Bloomberg made the FOIA request for water supply documentation at the Torrance County Detention Facility to ICE for agency records.

64. The requested records are not exempt from disclosure.

65. As of the date of this Complaint, Bloomberg has not received any response from ICE with respect to ICE FOIA Case Number 2025-ICFO-36600. Nor has Bloomberg received any documents responsive to this FOIA Request.

66. ICE has failed to issue a determination within the statutory deadline. It has failed to explain the legal basis for its withholding, has failed to describe how its search for records was reasonable, and has not cited any applicable FOIA exemptions.

**COUNT IV – HHS'S VIOLATION OF FOIA – HHS REQUEST 1**

67. Bloomberg incorporates the above paragraphs as if set forth fully herein.

68. Defendant is an agency subject to FOIA.

69. Bloomberg made the FOIA request for records submitted in response to an RFI for services to unaccompanied migrant children.

70. The requested records are not exempt from disclosure.

71. The requested records have been historically released by ICE pursuant to other analogous FOIA requests, establishing a precedent for disclosure. *See supra* ¶ 43.

72. ACF has failed to issue a determination within the statutory deadline. It has failed to explain the legal basis for its withholding, has failed to describe how its search for records was reasonable, and has not cited any applicable FOIA exemptions.

## PRAYER FOR RELIEF

**WHEREFORE**, Bloomberg asks the Court to:

  i. Order ICE and HHS to conduct a reasonable search for records, produce all non-exempt requested records, and provide a valid legal basis for any withholdings;

  ii. Award Bloomberg its attorneys' fees and costs; and

  iii. Enter any other relief the Court deems appropriate.

Dated: September 3, 2025
New York, New York

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: /s/ *Jeremy A. Chase*
        Jeremy A. Chase
    Lindsey B. Cherner
    1251 Avenue of the Americas, 21st Floor
    New York, NY 10020-1104
    (212) 489-8230 Phone
    (212) 489-8340 Fax
    jeremychase@dwt.com
    lindseycherner@dwt.com

    *Attorneys for Bloomberg L.P.*