UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLOOMBERG L.P.,

Plaintiff.

v.

THE UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT, and
THE UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

Defendants.

25-CV-7319 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that counsel for all parties appear for an initial status conference on October 3, 2025 at 12:15 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York. If the parties seek to hold the conference prior to or after that date, they shall so notify the Court.

IT IS FURTHER ORDERED that, no later than one week prior to the initial conference, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1.    A brief description of the materials sought, the basis thereof, and the status of any productions already made;

2.    A brief description of any claimed exemptions from production;

3.    Proposed schedules for gathering, processing, and producing documents, as well as for filing any related briefing; and

4.    Any other information that the parties believe may assist the Court.

The joint letter should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on February 1, 2019, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.  Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

Plaintiff is ordered to serve Defendant with a copy of this Order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:       September 5, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge

2