

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy Chase**
212-489-8230 tel
212-489-8340 fax

jeremychase@dwt.com

September 25, 2025

Application granted. The conference previously scheduled for October 3, 2025 is hereby adjourned to October 31, 2025 at 11:30 a.m.

SO ORDERED.

Hon. Ronnie Abrams
September 26, 2025

<u>VIA ECF</u>

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Bloomberg L.P. v. The United States Immigration and Customs Enforcement & The United States Department of Health and Human Services* (S.D.N.Y. 1:25-cv-07319-RA)—Letter-Motion for Adjournment of Initial Conference

Dear Judge Abrams:

We write as counsel to Bloomberg L.P. in the above-captioned action to seek a brief adjournment of the Initial Conference currently scheduled for October 3, 2025. *See* Dkt. 8. Because the United States Attorneys' Office was just served today with the Summons and Complaint, and their answer deadline is therefore October 27, 2025, the parties ask that the Initial Conference be scheduled on a date after their deadline to answer.

Pursuant to Your Honor's Individual Practice Rule 1.D, the undersigned has not made any prior requests for adjournment or extensions of time, and all parties to this action consent to this request for adjournment.

Respectfully Submitted,

Davis Wright Tremaine LLP

Jeremy A. Chase

DWT.COM