

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy Chase**
212-489-8230 tel
212-489-8340 fax

jeremychase@dwt.com

October 28, 2025

Application granted. The conference previously scheduled for October 31, 2025 is hereby adjourned sine die.

SO ORDERED.

Hon. Ronnie Abrams
October 29, 2025

**VIA ECF**
Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:     ***Bloomberg L.P. v. The United States Immigration and Customs Enforcement & The United States Department of Health and Human Services*** (S.D.N.Y. 1:25-cv-07319-RA)—Letter-Motion for Adjournment of Initial Conference

Dear Judge Abrams:

We write as counsel to Bloomberg L.P. in the above-referenced FOIA action in relation to the Initial Conference currently scheduled for October 31, 2025. *See* Dkt. 14. On October 2, 2025, Chief Judge Swain issued Amended Standing Order M10-468 staying all civil cases other than civil forfeiture cases and immigration cases in which the U.S. Attorney's Office for the Southern District of New York (the "USAO") has appeared as counsel of record for the United States, its agencies, and/or its employees until the business date after the President signs into law a budget appropriation that restores Department of Justice funding. *See* Amended Standing Order ¶ 1. The Amended Scheduling Order, also tolled all deadlines associated with these cases. *Id.* ¶ 2.

As the government shutdown is ongoing, the parties ask that the Initial Conference scheduled for Friday, October 31, 2025 be adjourned to a date after Department of Justice funding is restored to allow the USAO sufficient time to file a responsive pleading prior to any conference. Pursuant to Your Honor's Individual Practice Rule 1.D, the undersigned has made one prior request for an adjournment of the Initial Conference in this matter which was granted, and all parties to this action consent to this request for adjournment.

Respectfully Submitted,

Davis Wright Tremaine LLP

Jeremy A. Chase